[No. 12225-8-I.   Division One.   December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
EUGENE BARR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-01435-1, James J. Dore, J., entered September 10, 1982. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 12000-0-I.   Division One.   December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
ALLAN FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-00672-8, Terrence A. Carroll, J., entered
June 17, 1982. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Scholfield,
JJ.

[No. 11999-1-I.   Division One.   December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
LAMONT TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-01686-3, Liem E. Tuai, J., entered July
9, 1982. *Affirmed* by unpublished opinion per Andersen,
C.J., concurred in by Williams and Scholfield, JJ.